■ In the Matter of DEBRA SAMUELS, Appellant, v JOSEPH A. SPETH et al., Constituting Zoning Board of Appeals of Town of Amherst, Respondents. [705 NYS2d 481] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Fahey, J. (Appeal from Judgment of Supreme Court, Erie County, Fahey, J.—CPLR art 78.) Present—Hayes, J. P., Wisner, Pigott, Jr., Scudder and Lawton, JJ.